# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1587

_____

KALEB SHEFFIELD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.

November 26, 2025

PER CURIAM.

Appellant, Kaleb Sheffield, raises two issues on appeal. We affirm as to the first issue without further discussion. As to the second issue in which Appellant challenges his prison releasee reoffender ("PRR") sentence because the trial court, not the jury, found that he met the statutory qualifications, we affirm because any error was harmless. *See Hicks v. State*, 50 Fla. L. Weekly D2238a (Fla. 1st DCA Oct. 15, 2025) (affirming the appellant's PRR sentence without deciding the impact, if any, of *Erlinger v. United States*, 602 U.S. 821 (2024), because any error was harmless); *Alonso v. State*, 415 So. 3d 826, 827 (Fla. 2d DCA 2025) (same); *Ashford v. State*, 407 So. 3d 537, 537 (Fla. 5th DCA 2025) (same).

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ryan Edward McFarland of Kent & McFarland, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.